Peter Kristofer Strojnik, State Bar No. 242728
pstrojnik@strojniklaw.com
**THE STROJNIK FIRM LLC**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone:  (602) 510-9409
Facsimile:   (602) 865-7788

Attorneys for Plaintiff THERESA BROOKE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>SAI DHAM INC., a California corporation dba Ramada Inn Fresno,<br><br>Defendant. | Case No: 1:18-cv-00394-LJO-BAM<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

    NOTICE IS HEREBY GIVEN that Plaintiff Theresa Brooke dismisses the above action with prejudice; each party to bear her/its own costs and attorneys' fees.

    RESPECTFULLY SUBMITTED this 3d day of July, 2018.

                                        **THE STROJNIK FIRM L.L.C.**

                                        Peter Kristofer Strojnik (242728)
                                        Attorneys for Plaintiff THERESA BROOKE